| **Fill in this information to identify the case:** | | |
|---|---|---|
| Debtor name | **Jack County Hospital District** | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | |
| Case number (if known) | **20-** | ☐ Check if this is an amended filing |

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Blue Cross Blue Shield of Texas  c/o Reed Smith, LLP  10 S Wacker Dr., 40 Flr  Chicago, IL 60606 | Martin J. Bishop  312-207-1000  mbishop@reedsmith.com | Arbitration Award | | | | 29,329,440.20 |
| 2 | Regions Capital Advantage, Inc.  c/o George H. Barber  Johnston Pratt  1717 Main St., Suite 3000  Dallas, TX 75201 | 214-974-8000  gbarber@johnstonpratt.com | Bank Note | | | | 23,885,553.00 |
| 3 | Spirit of Texas Bank  Attn: Eric Anderson, Market President  3100 Monticello, Suite 980  Dallas, TX 75205 | 972-616-2010  eanderson@spiritoftexasbank.com | Bank Note | | | | $3,051,826.00 |
| 4 | Prosperity Bank  Attn: Eddie Lick, Regional President  101 North Prairieville St.  Athens, TX 75751 | 903-675-8511  eddie.lick@prosperitybanktx.com | Bank Note | | | | $1,277,872.00 |
| 5 | G.M. "Max" Poynor  PO Box 187  Jacksboro, TX 76458 | gmpoynor@gmail.com | Loan | | | | $1,000,000.00 |

| Debtor | **Jack County Hospital District** | Case number (if known) **20-** |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | LaSalle Systems Leasing, Inc.<br>A Division of Fifth Third Bank<br>6111 N. River Road<br>Rosemont, IL 60018 | Cale Stubbe<br><br>cstubbe@clasalle.com | Lease | | | | $445,814.00 |
| 7 | GE HFS, LLC<br>PO Box 414, W-490<br>Milwaukee, WI 53201 | | Lease | | | | $235,101.50 |
| 8 | Flex Financial<br>A Div. of Stryker Sales Corp.<br>1901 Romence Road Parkway<br>Portage, MI 49002 | 269-323-7700 | Lease | | | | $227,872.48 |
| 9 | Beckman Coulter<br>250 South Kraemer Blvd.<br>PO Box 8000<br>Brea, CA 92821-8000 | 714-993-5321 | Lease | | | | $141,616.53 |
| 10 | American Arbitration Association<br>13727 Noel Rd., Suite 700<br>Dallas, TX 75240 | Iman Hyder-Eliz<br>800-277-7641<br>imanhydereliz@adr.org | Arbitration Fees | | | | $100,400.00 |
| 11 | Beneficial Equipment Finance Corp.<br>165 Pottstown Pike<br>Chester Springs, PA 19425 | | Lease | | | | $53,673.93 |
| 12 | De Lage Landen Financial Servs, Inc.<br>Rental Processing Center<br>1111 Old Eagle School Rd.<br>Wayne, PA 19087 | 610-386-5000 | Lease | | | | $12,600.00 |
| 13 | United Health Care Ins.<br>c/o Jamie R. Kurtz<br>Robins Kaplan LLP<br>800 LaSalle Ave.<br>Minneapolis, MN 55402-2015 | 800-615-3503<br>jkurtz@robonskaplan.com | Breach of Contract | Contingent<br>Unliquidated<br>Disputed | | | Unknown |

Debtor  **Jack County Hospital District**  Case number (if known) **20-**
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Humana<br>c/o Thomas Mahlum<br>Robins Kaplan, LLP<br>800 LaSalle Ave.<br>Minneapolis, MN 55402 | tmahlum@robinskaplan.com | Breach of Contract | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| 15 | Cigna Health Care<br>c/o Eliot "Eli" Burriss<br>Holland & Knight LLP<br>200 Crescent Court, Suite 1600<br>Dallas, TX 75201 | 214-964-9500<br>eliot.burriss@hklaw.com | Breach of Contract | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| 16 | Aetna Health, Inc.<br>c/o Robet Fogarty<br>Hahn Loeser & Parks<br>200 Public Square, Suite 2800<br>Cleveland, OH 44114 | Sean Medina<br>rjf@hahnlaw.com<br>emedina@hahnlaw.com | Breach of Contract | Contingent<br>Unliquidated<br>Disputed | | | Unknown |

**Fill in this information to identify the case and this filing:**

Debtor Name: **Jack County Hospital District**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): 20-___

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule ___
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/29/2020
MM / DD / YYYY

X _/s/ Kim Lee_
Signature of individual signing on behalf of debtor

**Kim Lee**
Printed name

**Chief Operating Officer**
Position or relationship to debtor

Official Form B202    Declaration Under Penalty of Perjury for Non-Individual Debtors